*E. Dumont* and *O. B. Torbett*, for appellant.

---

McKERNAN and Another *v.* CONNOR.

APPEAL from the *Hamilton* Circuit Court.

*Per Curiam.*—The appellants, who were the plaintiffs, sued *Connor* to recover of him certain commissions for the sale of real estate. Proper issues being made, the cause was submitted to the Court, who found for the defendants, and, having refused a new trial, rendered judgment, &c.

The errors assigned are: 1. The finding of the Court is against the evidence; 2. The refusal to grant a new trial.

We have examined the evidence carefully, and are of the opinion that it fully sustains the finding of the Court.

The judgment is affirmed, with costs.

*D. Moss, W. P. Fishback* and *B. Harrison*, for appellants.

*E. S. Stone*, for appellee.